IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANTOS JAVIER URBINA CHAVARRIA,

      Petitioner,

v.                                         No. 2:26-cv-00892-KG-KRS

MARKWAYNE MULLIN, et al.,

      Respondents.

## ORDER TO SUPPLEMENT THE RECORD

Petitioner, appearing pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on March 19, 2026. Doc. 1. The parties' briefing provides limited factual detail concerning the circumstances of Petitioner's detention. *See generally* Docs. 1, 4, 11. As a result, the Court cannot determine whether relief is warranted. Accordingly, the Court orders Petitioner to file supplemental briefing within ten (10) business days of receiving this Order, describing:

- How he entered the United States, including the date and place of entry;
- Whether he was admitted or given parole;
- Whether he has been placed in removal or expedited removal proceedings;
- Information about his ties to the community, such as any family members and his work history; and
- Any other facts about his entry or immigration status that may assist the Court.

Respondents may file a response within ten (10) business days of Petitioner's supplemental filing. The Court will mail a copy of this Order to the Otero County Processing Center, where Petitioner is detained.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.