IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANTOS JAVIER URBINA CHAVARRIA,

    Petitioner,

v.                                  No.  2:26-cv-00892-KG-KRS

MARY DE ANDA-YBARRA, et al.,

    Respondents.

**ORDER FOR STATUS REPORT**

Petitioner, appearing pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on March 19, 2026.  Doc. 1.  On April 27, 2026, the Court ordered Petitioner to file supplemental briefing describing how he entered the United States, whether he was admitted or given parole, information about his ties to the community, such as any family members and his work history, and any other facts about his entry or immigration status that may assist the Court. Doc. 13.  Petitioner has not responded to the Court's order.

The Court seeks to assure itself of jurisdiction over the matter.  As a result, the Court orders the parties to submit a status report within ten (10) days of entry of this Order concerning whether Petitioner has been transferred to another facility out of the Court's jurisdiction or deported from the United States. The Court will mail a copy of this Order to the Otero County Processing Center, where Petitioner is purportedly detained.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.